Arthur E. Woodmansee and Others, Respondents, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Order unanimously affirmed, without costs, on the ground that the justice presiding

at the next Trial Term of the Supreme Court, to be held in Broome county, will have full power to dispose of this case under the order appealed from.